IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MACK A. MOTON,

       Petitioner,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

       Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4614

Opinion filed February 1, 2017.

Petition for Writ of Mandamus -- Original Jurisdiction.

Mack A. Moton, pro se, Petitioner.

Rana Wallace, General Counsel, Florida Commission on Offender Review, Tallahassee, for Respondent.

PER CURIAM.

      DENIED.

LEWIS, BILBREY, and WINOKUR, JJ., CONCUR.